**Electronically Filed**
**Supreme Court**
**SCWC-30142**
**05-DEC-2013**
**03:08 PM**

SCWC-30142

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

KAREN GOO, et al.,
Petitioners/Plaintiffs/Counterclaim-Defendants/Appellants/Cross-
Appellees,

vs.

MAYOR ALAN ARAKAWA, Successor-In-Interest to Mayor Charmaine
Tavares, WILLIAM SPENCE, Director of Planning, County of Maui,
Successor-In-Interest to Director Jeff Hunt, County of Maui
Respondents/Defendants/Cross-Claim Defendants/Appellees/Cross-
Appellants/Cross-Appellees,

and

VP AND PK(ML) LLC, KCOM Corp.,
Defendants/Intervenor-Defendants/Cross-Claim
Defendants/Counterclaimants/Cross-Claimants/Appellees/Cross-
Appellees/Cross-Appellants

and

KILA KILA CONSTRUCTION,
Defendant/Cross-Claim Defendant/Cross-Claimant

and

(John G.) JOHN G'S DESIGN & CONSTRUCTION, INC.,
Defendant/Cross-Claimant/Cross-Claim Defendant

and

NEW SAND HILLS LLC.,
Defendant/Intervenor-Defendant/Counterclaimant/Cross-Claim
Defendant/Appellee/Cross-Appellee/Cross-Appellant

and

DAVID B. MERCHANT; JOYCE TAKAHASHI; BRIAN TAKAHASHI,
Defendants/Intervenor-Defendants

and

DIANE L. REASER, et al.,
Defendants/Intervenor-Defendants/Counter-Claimants

and

HOOKAHI, LLC, SANDHILLS ESTATES COMMUNITY ASSOCIATION,
Intervenors/Appellees/Cross-Appellees/Cross-Appellants

and

CHERYL CABEBE, GERRY RIOPTA, and MELISSA RIOPTA,
Intervenor-Defendants/Appellees/Cross-Appellants

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-30142; CIVIL NO. 07-1-0258(1))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Plaintiff/Counterclaim-Defendant/Appellant/
Cross-Appellee's Application for Writ of Certiorari, filed on
October 25, 2013, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be
heard in this case. Any party may, within ten days and pursuant
to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move
for retention of oral argument.

DATED: Honolulu, Hawai'i, December 5, 2013.

| | |
|---|---|
| David J. Gierlach and Lance D. Collins, for petitioners | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Patrick K. Wong and Caleb P. Rowe, for respondents Mayor Alan Arakawa, et al. | /s/ Simeon R. Acoba, Jr. |
| | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |
| Ronald T. Yoshimoto and Nathan H. Yoshimoto, for respondents VP and PK(ML) LLC, KCOM Corp., New Sand Hills LLC., and Hookahi, LLC, Sandhills Estates Community Association | |

